**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

JAMES MARANSKY, KEVIN BAIRD,  : No. 312 EAL 2019
MOYER STREET ASSOCIATES, LP, FT :
HOLDINGS LP,  ICEHOUSE LLC, AND :
EPDG LP,         : Petition for Allowance of Appeal
             : from the Order of the
     Respondents  : Commonwealth Court
             :
             :
     v.       :
             :
             :
JOHN SCOTT,       :
             :
     Petitioner   :

## ORDER

**PER CURIAM**

  **AND NOW**, this 28th day of January, 2020, the Petition for Allowance of Appeal is **DENIED**.